UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS BRENT FIELDS,

                Plaintiff,

    -against-

PFIZER ET AL,

                Defendant.

24cv6653 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 11, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 16, 2024
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                Chief United States District Judge